# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 29, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130872

DESERAI LAWSON, Next Friend of ZHIMON
BINGHAM, a Minor,
    Plaintiff-Appellee,

v

KREATIVE CHILD CARE CENTER, INC.,
    Defendant-Appellant.

SC: 130872
COA: 256388
Wayne CC: 03-314614-NO

_____/

   On December 13, 2006, the Court heard oral argument on the application for leave to appeal the February 23, 2006 judgment of the Court of Appeals. On order of the Court, the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.

   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 29, 2006

d1219

_____
Clerk